Patrick H. Hicks, Esq.
Nevada Bar No. 004632
McCade Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
phicks@littler.com
mwing@littler.com

Attorneys for Defendant
CAESARS PALACE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FELTON DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS PALACE, LLC, DOES 1 through 20<br><br>Defendant. | Case No. 2:26-CV-00984-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff FELTON DAVIS and Defendant CAESARS PALACE, LLC ("Defendant"), through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint up to and including May 28, 2026.

The Parties agree that good cause exists for the requested extension and is reasonable and necessary because Defendant's counsel was recently retained

///

///

///

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

This is the second request for an extension of time to respond to the Complaint, which extends Defendants' former deadline of May 21, 2026, to May 28, 2026. *See* ECF No. 7. This request is made in good faith and not for the purpose of undue delay.

Dated: May 19, 2026                                      Dated: May 19, 2026

Respectfully submitted,                                 Respectfully submitted,

*/s/ Lawrence W. Freiman*                                */s/ McCade Wing*
Lawrence W. Freiman, Esq.                               Patrick H. Hicks, Esq.
FREIMAN LEGAL                                           McCade Wing, Esq.
                                                        LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
FELTON DAVIS                                            Attorneys for Defendant
                                                        CAESARS PALACE, LLC

**IT IS SO ORDERED.**

Dated: ___5/20/2026_____

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2