LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
lawrence@freimanlegal.com
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
T: (310) 917-1004; F: (310) 300-2603
*Counsel for Plaintiff Felton Davis*

LEAH MARTIN, ESQ.
Nevada Bar No. 7982
LEAH MARTIN LAW
601 S. Rancho Dr., Ste. C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
lmartin@leahmartinlv.com
*Plaintiff's Designated Counsel for Service in Nevada Only*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELTON DAVIS,<br><br>                    Plaintiff,<br><br>v.<br><br>CAESARS PALACE, LLC;<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:26-cv-00984-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE DESERT PALACE, LLC dba CAESARS PALACE AS DEFENDANT IN PLACE OF CAESARS PALACE, LLC** |

Plaintiff Felton Davis ("Plaintiff") and Defendant Caesars Palace, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1.  Plaintiff's Complaint names Caesars Palace, LLC as the Defendant in this action.

2.  In its Answer, Defendant stated: "Plaintiff has named the wrong entity in this lawsuit. Defendant was not Plaintiff's employer, his actual employer was Desert Palace, LLC, dba Caesars Palace." (ECF No. 10 at 1 n.1.)

3.  The parties agree that Plaintiff's employer, and the correct Defendant in this action, is Desert Palace, LLC dba Caesars Palace, and that Caesars Palace, LLC was named by mistake.

4.  This stipulation supersedes the parties' prior Stipulation (ECF No. 14), which the Court denied without prejudice because the parties' intent was not clear, and is submitted to state the parties' intent without ambiguity.

5.  Good cause exists for the requested substitution, the request is made in good faith and not for the purpose of delay, and the deadline to amend the pleadings under the Discovery Plan and Scheduling Order (ECF No. 13) has not passed.

**STIPULATION**

NOW, THEREFORE, the parties stipulate and agree, and jointly request that the Court order, as follows:

1.  Desert Palace, LLC dba Caesars Palace is substituted in as the Defendant in this action in place of Caesars Palace, LLC. For the avoidance of doubt, Desert Palace, LLC dba Caesars Palace replaces Caesars Palace, LLC as the named Defendant, Caesars Palace, LLC is the entity being removed, and Desert Palace, LLC dba Caesars Palace is the entity being added.

2.  Caesars Palace, LLC is dismissed from this action without prejudice.

3.  The caption and the pleadings are deemed amended to substitute Desert Palace, LLC dba Caesars Palace for Caesars Palace, LLC, and the caption shall read as set forth below.

4.  The Answer filed at ECF No. 10 shall be deemed the Answer of Desert Palace, LLC dba Caesars Palace, and no further responsive pleading is required.

5.  . All Parties reserve all rights, claims, and defenses with respect to all remaining issues in this litigation.

6.  All dates and deadlines in the Discovery Plan and Scheduling Order (ECF No. 13) remain in effect.

The amended caption shall read as follows:

FELTON DAVIS, Plaintiff, v. DESERT PALACE, LLC dba CAESARS PALACE; and DOES 1 through 20, inclusive, Defendants.

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE DEFENDANT

DATED this 2nd day of July, 2026.

FREIMAN LEGAL

By:  /s/ Lawrence W. Freiman

Lawrence W. Freiman, Esq.

Nevada Bar No. 10588

Counsel for Plaintiff Felton Davis

DATED this 2nd day of July, 2026.

LITTLER MENDELSON, P.C.

By:  /s/

Patrick H. Hicks, Esq.

McCade Wing, Esq.

Counsel for Defendant

# **ORDER**

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1.  Desert Palace, LLC dba Caesars Palace is substituted as the Defendant in this action in place of Caesars Palace, LLC;

2.  Caesars Palace, LLC is dismissed from this action without prejudice;

3.  The caption and pleadings are amended as set forth in the parties' stipulation;

4.  The Answer filed at ECF No. 10 is deemed the Answer of Desert Palace, LLC dba Caesars Palace; and

5.  The substitution relates back to the filing of the Complaint under Fed. R. Civ. P. 15(c).

IT IS SO ORDERED.

DATED: _____7/6/2026_____

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE